UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MATHEW CHASE GILBERT,

Plaintiff,

v.

JACLYN HILL, JACLYN HILL, LLC
& JACLYN HILL COSMETICS, LLC,

Defendants.
_____/

Case No.: 8:16cv1114T33JSS

COMPLAINT FOR COPYRIGHT
INFRINGEMENT

DEMAND FOR JURY TRIAL

SUMMONS IN A CIVIL ACTION

To: **JACLYN HILL, LLC**
**622 TROPICAL BREEZE WAY**
**TAMPA, FL 33602**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: *Keith Hanenian, Crish/ Hanenian, PH 609 E Jackson #100, Tampa, Fl 33602*

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court

As Clerk of the Court

Date: MAY 5 2016

By: _____
Signature of Clerk of Deputy Clerk

Civil Action No.

## PROOF OF SERVICE

(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for (name of individual and title, if any)_____
was received by me on (date)_____ .

_____' I personally served the summons on the individual at (place) on (date) ; or

_____' I left the summons at the individual's residence or usual place of abode with
(name)_____ , a person of suitable age and discretion who resides there, on
(date)_____ , and mailed a copy to the individual's last known address; or

_____' I served the summons on (name of individual)_____ ,
who is designated by law to accept service of process on behalf of (name of
organization)_____ on (date)_____ ; or

_____' I returned the summons unexecuted because; or

_____' Other (specify):


My fees are $_____ for travel and $_____ for services, for a total of $_____ .

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____

_____
Server's address

Additional information regarding attempted service, etc: